**Glenda BAUMAN, Petitioner/Respondent,**

v.

**Carroll BAUMAN, Respondent/Appellant.**

**No. 56932.**

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 31, 1990.

William R. Gartenberg, Lee G. Kline, Gartengerg & Kline, P.C., St. Louis, for respondent-appellant.

Jerome F. Raskas, Peter H. Love, Raskas, Ruthmeyer, Pomerantz, Wynne, Garavaglia & Susman, St. Louis, for petitioner-respondent.

## MEMORANDUM OPINION

PER CURIAM.

In this dissolution action the husband appeals from the division of marital property and the awards of maintenance and attorney's fees. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. An opinion would have no precedential value. The parties have been furnished with a memorandum in support of this opinion.

Judgment is affirmed in compliance with Rule 84.16(b).